ERIE COUNTY WATER AUTHORITY, Respondent, *v.* WESTERN NEW YORK WATER COMPANY et al., Appellants, et al., Defendants.

Submitted March 3, 1952; decided March 13, 1952.

*Laurence J. Olmsted* and *Melvin L. Bong* for motion.
*Reid S. Moule* opposed.

Motion denied, with $10 costs.